# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ARROWHEAD GENERAL INSURANCE AGENCY, INC.,** : | CIVIL ACTION NO. 1:15-CV-1726 |
| : | |
| : | (Chief Judge Conner) |
| Petitioner : | |
| : | |
| v. : | |
| : | |
| **LINCOLN GENERAL INSURANCE COMPANY,** : | |
| : | |
| Respondent : | |

## **ORDER**

AND NOW, this 3rd day of September, 2015, upon consideration of the motion (Doc. 1) by petitioner Arrowhead General Insurance Agency, Inc., to seal certain material in the above-captioned action, and the brief in support of said motion, it is hereby ORDERED that the motion is GRANTED. Pursuant to the Confidentiality Order entered into in an arbitration between petitioner and respondent Lincoln General Insurance Company, which continues to be in effect, all "Arbitration Information," as defined in the Confidentiality Order, shall be filed under seal, to include the petition (Doc. 3) to confirm arbitration award and the materials submitted in connection therewith.

                                                /S/ CHRISTOPHER C. CONNER
                                                Christopher C. Conner, Chief Judge
                                                United States District Court
                                                Middle District of Pennsylvania